No. 296. EVANS, TRADING AS OTIS EVANS TRUCK LINE, *v.* UNITED STATES ET AL.

October 14, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Alton Railroad Co.* v. *United States,* 315 U. S. 15, 25; *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475, 484, 490; *Mis-*

*sissippi Valley Barge Line Co.* v. *United States,* 292 U. S. 282, 286–7. *Rutledge C. Clement* for appellant. *Solicitor General McGrath* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.